IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JASON ERIK HOLLAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                     CASE NO. 1D14-2420

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 8, 2015.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Nancy A. Daniels, Public Defender, Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Julian E. Markham and Jay Kubica, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, THOMAS, and WETHERELL, JJ., CONCUR.